IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

    v.       Civil No. 05-5135
         Criminal No. 03-50049-001

DONACIANO RODRIGUEZ-MERCADO                                           DEFENDANT

## O R D E R

Now on this 13th day of December, 2005, come on for consideration the **Magistrate Judge's Report And Recommendation** (document #35), and the **Magistrate Judge's Report And Recommendation** (document #38), to which no objections have been made, and the Court, having carefully reviewed both Reports And Recommendations, finds that they are sound in all respects, and that they should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that both **Magistrate Judge's Reports And Recommendations** are **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Reports And Recommendations**, defendant's petitions brought pursuant to **28 U.S.C. §2255** are hereby **denied and dismissed**.

IT IS SO ORDERED.

                                                /s/Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE