IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                        Cr. No. 5:03CR50049-001

DONACIANO RODRIGUEZ-MERCADO,
    DEFENDANT.

### ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE

Now on this 12th day of December, 2006, comes on to be considered the Government's Petition for Remission of Special Assessment and Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On May 12, 2004, Defendant was sentenced to forty-one months incarceration, three years supervised release with possible deportation, a $100.00 special assessment and a $500.00 fine.

2. The Government moves to remit Defendant's special assessment and fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -
> (1)  Remit all ... of the unpaid portion of the fine....

3. The Government states that the Defendant was deported on September 7, 2006, and that there is no reasonable likelihood that the special assessment and fine can be collected.

4. Upon due consideration, the Government's Petition for Remission of Special Assessment and Fine is hereby granted and Defendant's special assessment and  fine are remitted.

IT IS SO ORDERED.

                                              /s/Jimm Larry Hendren
                                              HONORABLE JIMM LARRY HENDREN

                                                CHIEF U. S. DISTRICT JUDGE